(July 1, 1921.)

STATE, Respondent, v. LAVON WILLIAMS and DEWEY ARNOLD, Appellants.

[201 Pac. 834.]

APPEAL from the District Court of the Ninth Judicial District, for Madison County. Hon. James G. Gwinn, Judge.

Defendants were convicted of the crime of assault with intent to commit rape. *Affirmed.*

Miller & Ricks, for Appellants.

Roy L. Black, Attorney General, and Jas. L. Boone, Assistant, for Respondent.

McCARTHY, J.—In this case the facts and questions of law are substantially the same as those presented to this court in the case of *State v. Henry Ricks and Edward Levine, ante,* p. 122, 201 Pac. 827. Upon the authority of that case, the judgment of conviction herein is affirmed.

Rice, C. J., and Dunn, J., concur.

BUDGE, J., concurs in the conclusions reached, for reasons given in the case of *State v. Ricks and Levine, supra.*

Lee, J., dissents.

(November 1, 1921.)

ON PETITION FOR REHEARING.

McCARTHY, J.—The questions raised by the petition for rehearing in this case are the same as those raised by the petition for rehearing in the case of *State v. Henry Ricks and Edward Levine, ante,* p. 122, 201 Pac. 827. Upon the authority of that decision, the petition for rehearing, of the above-named appellants and each of them, is denied.

Dunn, J., concurs.

BUDGE, J.—I adhere to my views heretofore expressed and therefore concur.

Rice, C. J., and Lee, J., dissent.